**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1046**

---

MARJORIE K. LYNCH, Bankruptcy Administrator,

                                        Plaintiff - Appellee,

        versus

MICHAEL L. PARKER, a/k/a Mike L. Parker, d/b/a
Small Business Bureau Association, LLC,

                                        Defendant - Appellant,

        and

GARY KEARSE, SR.; GLENDA K. WALLER; GLENWOOD
L. WARREN; JAMES PHILIP MORRIS; NICOLE LEIGH
MORRIS; CLARENCE WEBB; JAMES MELVIN SMITH;
JEANNIE SMITH; TIMOTHY F. JOHNSON,

                                        Debtors.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (CA-04-15; CA-04-14; BK-03-15-5-ATS)

---

Submitted:  July 27, 2005          Decided:  August 1, 2005

---

Before KING, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael L. Parker, Appellant Pro Se.  J. M. Cook, OFFICE OF THE BANKRUPTCY ADMINISTRATOR, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael L. Parker appeals the district court's order dismissing his appeals from the bankruptcy court for failure to timely perfect the appeals. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. Rule 34(b). Parker's brief alleges no error committed by the district court, but rather asserts several challenges to the merits of the bankruptcy court's order. These issues are not properly before this court. Accordingly, we affirm the order of the district court.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]We express no view on the merits of Parker's claims of error by the bankruptcy court.